```
Cris C. Vaughan, Esq., SBN  99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone:  916-660-9401
Facsimile:  916-660-9378

Attorney for Paul Betti and Dena M. Betti, Individually and
as Co-Trustees under that certain Betti Family Trust
Agreement

Scott N. Johnson, Esq., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC
5150 Fair Oaks Boulevard, Suite 101
PMB #253
Carmichael, CA  95608
Telephone:  916-485-3516
Facsimile:  916-481-4224

Attorney for Plaintiff Scott N. Johnson
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson, <br><br>          Plaintiff, <br><br>      vs. <br><br> Paul Betti, Individually and as Co-Trustee under that certain Betti Family Trust Agreement, dated May 21, 2009; Dena M. Betti, Individually and as Co-Trustee under that certain Betti Family Trust Agreement, dated May 21, 2009, <br><br>          Defendants. | Case No. **2:11-cv-00023-JAM-GGH** <br><br> STIPULATION RE: EXTENSION OF TIME UNTIL MARCH 31, 2011 FOR DEFENDANTS TO RESPOND TO COMPLAINT AND ORDER |

 Pursuant to Local Rule 144, Plaintiff Scott N. Johnson and

Defendants, Paul Betti and Dena M. Betti, by and through

STIPULATION RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

their respective attorneys of record, Scott N. Johnson and Cris C. Vaughan, stipulate as follows:

1. No extension of time has been previously obtained.
2. This Defendant is granted an extension until March 31, 2011 to respond or otherwise plead to Plaintiff's complaint.
3. This Defendant's response will be due no later than March 31, 2011.

IT IS SO STIPULATED effective as of February 23, 2011.

Dated:  February 23, 2011         /s/ Cris C. Vaughan___
                                   Cris C. Vaughan,
                                   Attorney for Defendants,
                                   Paul Betti and Dena M. Betti

Dated:  February 23, 2011         /s/ Scott N. Johnson____
                                   Scott N. Johnson
                                   Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: 2/23/2011
                                   /s/ John A. Mendez_____
                                   U.S. District Court Judge

STIPULATION RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com