UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAUL BETTI, Individually and as Co-Trustee under that certain Betti Family Trust Agreement, dated May 21, 2009; DENA M. BETTI, Individually and as Co-Trustee under that certain Betti Family Trust Agreement, dated May 21,2009,<br><br>　　　　　Defendants. | Case No. 2:11-CV-00023-JAM-GGH<br><br><u>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS</u> |

　　This matter is before the Court on Defendants' Paul and Dena Betti's ("Defendants") Motion to Dismiss (Doc. #8) Plaintiff Scott N. Johnson's ("Plaintiff") Complaint (Doc. #1) pursuant to Federal Rules of Civil Procedure 12(b)(1). Plaintiff did not oppose the motion to dismiss.[1]

　　After a careful review of the pleadings submitted herein, the Court finds that Plaintiffs' apartment complex is not a public accommodation for the reasons set forth in Defendants' motion, and GRANTS the motion to dismiss.  If Defendants' wish to bring a

---

[1] This matter was determined to be suitable for decision without oral argument. E.D. Cal. L. R. 230(g).  The hearing was originally scheduled for June 29, 2011.

1

motion for attorney's fees, they may file a motion setting forth the legal basis for the fee request, in accordance with the Local Rules.

Furthermore, Eastern District Local Rule 230(c) requires a party responding to a motion to file either an opposition to the motion or a statement of non-opposition, no less than fourteen (14) days preceding the noticed hearing date.  Local Rule 110 authorizes the Court to impose sanctions for "failure of counsel or of a party to comply with these Rules."  Plaintiff did not file an opposition or statement of non-opposition in response to the motion to dismiss.  Therefore, the Court will sanction Plaintiff's counsel, Scott N. Johnson, $150.00, unless he shows good cause for his failure to comply with the Local Rules.

## ORDER

For the reasons set forth above, Defendants' Motion to Dismiss is GRANTED, WITH PREJUDICE.

It is further ordered, within ten (10) days of the date of this Order, attorney Scott N. Johnson must either (1) submit a statement of good cause for his failure to comply with the local rules, or (2) pay a sanction in the amount of $150.00 to the Clerk of the Court.

IT IS SO ORDERED.

Dated: June 30, 2011

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE